PHILIP H. WAGNER, Respondent, v. WESLEY POTTS, Appellant. WESLEY POTTS, Appellant, v. PHILIP H. WAGNER, Respondent.— Order consolidating actions affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

THOMAS F. BRADY, JR., Respondent, v. BROOKLYN SHOW CASE Co., INC., Appellant.— Application denied, with ten dollars costs.

JACOB FRAKT, Appellant, v. WILLIAM POTRUCH, Respondent, Impleaded with P. & L. OPERATING Co., INC., and Others, Defendants.— Application denied, with ten dollars costs.

MARY ROSE IEMMA, an Infant, by FRANK IEMMA, Her Guardian ad Litem, and FRANK IEMMA, Individually, Appellants, v. FRANK BORGIA, Also Known as FRANK BROGIO, Respondent.— Application granted.

LILLIAN J. OSTER, Respondent, v. DAVID KATZ, Appellant.— Application denied, with ten dollars costs.

ISABELE PROPPER, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Application denied, with ten dollars costs.

WILLIAM VAN SISE, Appellant, v. FEDERAL UNION INSURANCE COMPANY, Respondent.— Appeal dismissed by default, with costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

CHARLES VETTER, Respondent, v. MARTIN TEPPER and ROSE TEPPER, Appellants.— Order denying defendants' motion for change of venue from Rockland county to New York county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

CHARLES A. BERNAM and WILLIAM TYSON, Copartners, Doing Business under the Firm Name and Style of BERNAM & TYSON, and Others, Respondents, v. HARRY E. HECHT, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

MAURICE J. CORBETT, Respondent, v. AUGUST WILBERG, Defendant, and MORRIS SIEGEL, Appellant.— Motion for stay denied. Present — Lazansky, P. J.; Rich, Kapper, Hagarty and Scudder, JJ.

BECKIE FISHER, Respondent, v. JOSEPH LEVINE, Appellant, and FANNIE GOSSETT, Defendant. JOSEPH LEVINE, Appellant, v. BECKIE FISHER and Others, Respondents.— Motion to consolidate appeals granted. Motion to dispense with printing denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

GERARD REAL ESTATE CORPORATION, Appellant, v. JOSEPH E. JACKSON and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

ETHEL H. GRAY, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.